# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-mj-00060 |
| BENJAMIN RICHARD WILLETT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2019 - February 2022__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See the attached affidavit of Homeland Security Investigations Special Agent Clinton Lindsly.

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Clinton Lindsly, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:55 pm__ a.m./p.m.

Date: March 23, 2023

*Judge's signature*

City and state: Portland, Oregon    Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*